LUDLOW VALVE MANUFACTURING COMPANY, Respondent, *v.* THE VILLAGE OF MIDDLEPORT et al., Appellants, and THE UNITED STATES CAST IRON PIPE AND FOUNDRY COMPANY, Respondent, Impleaded with Others.

*Liens — action to foreclose materialmen's lien against fund owing by municipal corporation to contractor for public work.*

Ludlow Valve Manfg. Co. v. Village of Middleport, 193 App. Div. 923, modified.

(Argued April 20, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered July 6, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to foreclose a lien by plaintiff against a fund owing by the defendant village to contractors for materials furnished by plaintiff to said contractors and used in the performance of their contract with said village for the construction of a municipal water system.

*George. F. Thompson* for appellants.

*George D. Judson* for plaintiff, respondent.

*H. W. Huntington* for defendant, respondent.

Judgment modified by striking out interest on $4,963.75 from January 19, 1913, to the date of entry of judgment and as thus modified judgment is affirmed, without costs to either party, on authority of *Rockland Lake Co.* v. *Village of Portchester* (102 App. Div. 360; affd., 185 N. Y. 590).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.